UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

CLASSIC HEALTHCARE, INC., DADI KAFLEY :
and KAMAL KAFLEY,                     :
         Plaintiffs,                  :
                                       :
    v.                                 :   No.   5:22-cv-1761
                                       :
CARE FINDERS TOTAL CARE, LLC,         :
         Defendant.                   :
_____

**O R D E R**

**AND NOW**, this 1st day of August, 2022, upon consideration of Defendant's Partial Motion to Dismiss, ECF No. 11, Plaintiffs' response thereto, ECF No. 17, and for the reasons set forth in the Court's Opinion issued this date, **IT IS HEREBY ORDERED THAT:**

1.    Defendant's Motion, ECF No. 11, is **GRANTED**.

2.    Plaintiffs' Declaratory Judgment Claim in Count III of the Amended Complaint is **DISMISSED without prejudice**.

3.    Plaintiffs are granted leave to amend their Amended Complaint **within twenty (20) days of the date of this Order.**

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge